

ISSUED CC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GLADYS VASQUEZ VALENZUELA, MIRNA JEANNETH VASQUEZ VALENZUELA, aka Miriam, MARIA DE LOS ANGELES VICENTE, aka Angela, ALBERTINA VASQUEZ VALENZUELA, aka Cristina, MARIBEL RODRIGUEZ VASQUEZ, GABRIEL MENDEZ, LUIS VICENTE VASQUEZ, aka Armando, FLOR MORALES SANCHEZ, and PABLO BONIFACIO, Defendants. | CR 07-11(B)-MMM<br><br>S E C O N D S U P E R S E D I N G I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1591(a)(1): Sex Trafficking of Children and By Force, Fraud and Coercion; 18 U.S.C. § 2423(a): Transportation of Minors into Prostitution; 8 U.S.C. § 1328: Importation and Harboring Aliens for Purposes of Prostitution; 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(B)(i): Transporting Illegal Aliens; 8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(i): Harboring Illegal Aliens; 18 U.S.C. § 2: Aiding and Abetting and Causing An Act To Be Done] |

The Grand Jury charges:

GENERAL ALLEGATIONS

At all times relevant to the charges:

1. Defendants GLADYS VASQUEZ VALENZUELA ("GLADYS"),

CCW:cw

MIRNA JEANNETH VASQUEZ VALENZUELA, also known as ("aka") Miriam ("MIRIAM"), and ALBERTINA VASQUEZ VALENZUELA, aka Cristina ("CRISTINA") were sisters.

2. CRISTINA was the mother of defendants MARIA DE LOS ANGELES VICENTE, aka Angela ("ANGELA") and LUIS VICENTE VASQUEZ, aka Armando ("ARMANDO").

3. MARIBEL RODRIGUEZ VASQUEZ ("MARIBEL") was the niece of GLADYS, MIRIAM, and CRISTINA and was the cousin of ANGELA and ARMANDO.

4. GABRIEL MENDEZ ("MENDEZ") was the live-in boyfriend of MIRIAM and the father of her child. Defendant PABLO BONIFACIO ("BONIFACIO") was the live-in boyfriend of ANGELA. FLOR MORALES SANCHEZ ("SANCHEZ") was the live-in girlfriend of ARMANDO and the mother of his child.

COUNT ONE

[18 U.S.C. § 371]

A. OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, and continuing to on or about December 20, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants GLADYS VASQUEZ VALENZUELA ("GLADYS"), MIRNA JEANNETH VASQUEZ VALENZUELA, also known as ("aka") Miriam ("MIRIAM"), MARIA DE LOS ANGELES VICENTE, aka Angela ("ANGELA"), ALBERTINA VASQUEZ VALENZUELA, aka CRISTINA ("CRISTINA"), MARIBEL RODRIGUEZ VASQUEZ ("MARIBEL"), GABRIEL MENDEZ ("MENDEZ"), LUIS VICENTE VASQUEZ, aka Armando ("ARMANDO"), FLOR MORALES SANCHEZ ("SANCHEZ"), and PABLO BONIFACIO ("BONIFACIO"), and others known and unknown to the Grand Jury, conspired and agreed with each other to:

(1) import female aliens into the United States from Guatemala for the purpose of prostitution and other immoral purposes, and keep, maintain, control, support, employ, and harbor such female aliens in various places for the purpose of prostitution and other immoral purposes, in pursuance of such illegal importation, in violation of Title 8, United States Code, Section 1328; and

(2) recruit, entice, harbor, transport, provide, and obtain by any means young females, knowing that force, fraud and coercion would be used to cause the young females to engage in commercial sex acts, and knowing that some of the females had not attained the age of 18 years and would be caused to engage in commercial sex acts, in violation of Title 18, United

States Code, Section 1591(a)(1).

B. MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1. GLADYS, MIRIAM, ANGELA, and MARIBEL used CRISTINA and other co-conspirators in Guatemala, both known and unknown to the Grand Jury, to recruit and entice young females to come to the United States from Guatemala to work for GLADYS, MIRIAM, ANGELA and MARIBEL.

2. GLADYS, MIRIAM, ANGELA and SANCHEZ contacted some of the young females in Guatemala by telephone, falsely promised them legitimate jobs in the United States, and sent money to Guatemala to pay for costs associated with their being smuggled into the United States.

3. Co-conspirators known and unknown to the Grand Jury smuggled the young females across the United States-Mexico border unlawfully and then transported them to Los Angeles where GLADYS, MIRIAM, ANGELA, MARIBEL, MENDEZ, ARMANDO, and BONIFACIO picked them up, transported them to residences in Los Angeles, and there harbored the young females and provided them with food and clothing.

4. Shortly after the young females arrived in Los Angeles, GLADYS, MIRIAM, ANGELA, MARIBEL, CRISTINA, MENDEZ, ARMANDO and SANCHEZ forced the young females to work as prostitutes to repay their smuggling debts.

5. GLADYS, MIRIAM, ANGELA, MARIBEL, MENDEZ, CRISTINA, SANCHEZ, ARMANDO and BONIFACIO transported, or arranged for

others to transport, the young females to an area near 8th and Alvarado Streets in Los Angeles, California, to solicit prostitution customers.

6. GLADYS, MIRIAM, ANGELA, MENDEZ, FLOR and ARMANDO rented, or arranged for others to rent, apartments and motel rooms in Los Angeles for the purpose of prostitution and GLADYS, MIRIAM, ANGELA, MARIBEL, MENDEZ, SANCHEZ, ARMANDO, and BONIFACIO transported, or arranged for others to transport, the young females and the prostitution customers to those apartments or motel rooms.

7. To avoid detection by the police, ANGELA, ARMANDO, SANCHEZ and BONIFACIO instructed a young female who was under the age of 18 years to solicit prostitution customers from inside a vehicle, rather than having the minor walk along the sidewalk to attract customers.

8. GLADYS, MIRIAM, ANGELA and CRISTINA awakened the young females in the middle of the night to engage in acts of prostitution with customers who arrived at the residences where the young females were being harbored.

9. GLADYS, MIRIAM, ANGELA, MARIBEL, CRISTINA, MENDEZ, and SANCHEZ collected money from the prostitution customers who paid to engage in sex acts with the young females, and GLADYS, MIRIAM, ANGELA and MARIBEL maintained control over the prostitution proceeds.

10. MIRIAM, MENDEZ, ANGELA, ARMANDO and SANCHEZ caused minor females to engage in acts of prostitution, knowing that the minor females were under the age of 18 years old, and instructed the females who were minors to falsely claim to be

over 18 years old if questioned about their age by prostitution customers or the police.

11. GLADYS, MIRIAM, ANGELA, MARIBEL, CRISTINA, ARMANDO, MENDEZ, SANCHEZ and BONIFACIO monitored and guarded the young females at all times, or arranged for others to do so, in order to prevent the young females from escaping.

12. GLADYS, MIRIAM, ANGELA, and MARIBEL assisted each other with the operation of the prostitution business in a variety of ways, including helping each other control and guard the young females to prevent their escape, selling young females to each other when there was concern that a young female might try to escape, helping to search for young females who had run away, and helping to beat a young Guatemalan female who unsuccessfully tried to escape.

13. To coerce and frighten the young females, GLADYS, MIRIAM, ANGELA, MARIBEL, MENDEZ, SANCHEZ and ARMANDO threatened the young females that if they tried to escape, the defendants or their associates would find them, beat them, and kill their family members in Guatemala.

14. GLADYS, MIRIAM, ANGELA, and MARIBEL also took the young females to so-called witch doctors in the Los Angeles area, warned the young females that if they escaped from defendants a curse would be placed on them and on their family members in Guatemala, and told them that others who had escaped from defendants had been cursed and harmed.

15. MIRIAM and MENDEZ took measures to physically restrain the minor females they harbored to prevent their escape, including locking interior doors of their residence

with a key at night, securing a wooden board in the window track of the bedroom window shared by the minors to prevent them from opening it, and placing heavy furniture in front of the bedroom window.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, GLADYS, MIRIAM, ANGELA, CRISTINA, MARIBEL, MENDEZ, ARMANDO, SANCHEZ, and BONIFACIO, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California and elsewhere, including but not limited to the following:

Minor Female #1

1. In or about the Fall of 2005, MIRIAM's father, Jose Vasquez, also known as Chepe, approached Minor Female #1 in Guatemala with an offer of a legitimate job working for MIRIAM in the United States. MIRIAM later called Minor Female #1 in Guatemala, sent money to the smugglers for her trip to the United States, and made arrangements with the smugglers to bring Minor Female #1 to her in Los Angeles.

2. In or about November 2005, in a parking lot in Los Angeles, MIRIAM and MENDEZ picked up Minor Female #1 from the smugglers; MIRIAM and MENDEZ then drove her to their apartment at 450 South Lafayette in Los Angeles.

3. Between in or about November 2005 and on or about December 7, 2005, MIRIAM caused Minor Female #1 to engage in acts of prostitution, knowing that Minor Female #1 was 17 years old and would not turn 18 until December 8, 2005.

4. In or about March 2006, MARIBEL caught Minor Female

#1 as she was attempting to escape and took her to MIRIAM's residence, where MIRIAM, GLADYS and MARIBEL beat Minor Female #1 to punish her for her escape attempt.

5. From the time Minor Female #1 attempted to escape in or about March 2006 until she successfully escaped on or about April 30, 2006, GLADYS escorted and guarded Minor Female #1 while she worked as a prostitute to prevent her escape, and MIRIAM continued to harbor Minor Female #1 and collect her prostitution proceeds at the end of each day.

6. From in or about March 2006 until on or about April 30, 2006, GLADYS threatened to physically harm Minor Female #1, if she tried to escape.

Minor Female #2

7. In or about the Summer of 2006, MIRIAM contacted Minor Female #2 in Guatemala by telephone, promised her a job as a waitress in a restaurant in the United States and told her that she would be able to send the money that she earned to her family in Guatemala.

8. In or about early September 2006, in a parking lot in Los Angeles, MIRIAM and GLADYS picked up Minor Female #2 from the smugglers; they then took her to MIRIAM's and MENDEZ's residence at 1132 South Kingsley in Los Angeles ("the Kingsley residence"). MIRIAM informed her that she would have to work as a prostitute to pay off her smuggling fee.

9. In or about September 2006, GLADYS transported Minor Female #2 to an apartment that GLADYS rented to engage in acts of prostitution, collected the prostitution proceeds, and provided such proceeds to MIRIAM.

10. From in or about late September 2006 until on or about December 20, 2006, MIRIAM and MENDEZ caused Minor Female #2 to engage in acts of prostitution, knowing that Minor Female #2 was under the age of 18 years old.

11. From in or about late September 2006 until on or about December 20, 2006, MIRIAM and MENDEZ forced Minor Female #2 to work for them as a prostitute to repay her smuggling debt, by threatening to sell her to a street pimp, beat her, burn down her family's home in Guatemala, or kill her family, if she escaped.

12. Between in or about late September 2006 and in or about November 2006, MENDEZ sexually assaulted Minor Female #2.

<u>Minor Female #3</u>

13. In or about September 2006, MIRIAM contacted Minor Female #3 in Guatemala by telephone, promised her legitimate work in the United States, and sent her money to buy shoes and clothing to wear during the trip to the United States.

14. In or about late September 2006, MIRIAM, MENDEZ and MARIBEL went to a parking lot in Los Angeles to pick up Minor Female #3 and another Guatemalan female who had also been smuggled from Guatemala. MIRIAM and MENDEZ took Minor Female #3 to the Kingsley residence, and MARIBEL took custody of the other Guatemalan female.

15. In or about late September 2006, the day after Minor Female #3 had arrived in Los Angeles, MIRIAM and MENDEZ warned Minor Female #3 not to reveal that she was underage, if asked by prostitution customers or the police, and instructed her to lie and state that she was 20 years old, if asked.

16. From in or about late September 2006 until on or about December 20, 2006, MIRIAM and MENDEZ caused Minor Female #3 to engage in acts of prostitution, knowing that Minor Female #3 was under the age of 18 years old.

17. Between in or about late September 2006 and on or about December 20, 2006, MIRIAM tried to prevent Minor Females #2 and #3 from escaping by telling them that Minor Female #1 had been severely beaten by MIRIAM, GLADYS and MARIBEL and that if they tried to run away, they too would be badly beaten.

18. Between in or about late September 2006 and on or about November 21, 2006, MIRIAM drove around Los Angeles searching for two young females who had run away from GLADYS and CRISTINA. On that day, defendant MIRIAM threatened Minor Female #3 that if she ran away, her father and entire family in Guatemala would be killed.

19. Between in or about late September 2006 and on or about December 20, 2006, MIRIAM instructed the babysitter for her children to hit Minor Females #2 and #3 if they tried to leave the Kingsley residence.

20. Between in or about late September 2006 and on or about December 20, 2006, MENDEZ installed a wooden board into the window track of the only window in the bedroom shared by Minor Females #2 and #3 at the Kingsley residence, and MENDEZ and MIRIAM had a heavy piece of furniture placed in front of the window, all to prevent the minors from escaping from the residence through the window.

21. Between in or about late September 2006 and on or about December 20, 2006, MIRIAM locked internal doors within

the Kingsley residence at night with a key, to prevent Minor Females #2 and #3 from running away and instructed her children's babysitter to make sure that Minor Females #2 and #3 did not get access to the key.

22. Between in or about late September 2006 and on or about December 20, 2006, MENDEZ reported to MIRIAM that he had heard a prostitution customer ask Minor Female #3 if she was being forced to work and offer to help pay off her debt. After hearing this, MIRIAM struck Minor Female #3 in the face with her hand.

23. In or about October 2006, defendant MARIBEL guarded Minor Females #2 and #3 at a hotel in Los Angeles, while MIRIAM and MENDEZ went to solicit prostitution customers to engage in sex acts with Minor Females #2 and #3 at the hotel.

24. Between in or about late September 2006 and on or about December 20, 2006, MENDEZ sexually assaulted Minor Female #3.

25. In or about mid-December 2006, MENDEZ threatened to shoot Minor Female #3 if she tried to escape.

Minor Female #4

26. In or about February 2006, SANCHEZ contacted Minor Female #4 in Guatemala by telephone and recruited her to come to the United States by telling her that she could work for ANGELA as a babysitter.

27. In or about February 2006, ANGELA, ARMANDO and SANCHEZ picked up Minor Female #4 in Los Angeles, paid the smugglers for her smuggling trip to the United States, and transported her to ANGELA's apartment in Los Angeles.

28. Between in or about February 2006 and on or about December 20, 2006, ANGELA, ARMANDO and SANCHEZ caused Minor Female #4 to engage in commercial sex acts, knowing that she was under the age of 18 at the time.

29. Between in or about February 2006 and on or about December 20, 2006, ANGELA, ARMANDO and SANCHEZ instructed Minor Female #4 to lie about her age and falsely state that she was above the age of 18, if asked by prostitution customers or the police.

30. Between in or about February 2006 and on or about December 20, 2006, ANGELA, ARMANDO and SANCHEZ threatened physical harm to Minor Female #4 and to her family in Guatemala, if she tried to escape or reported her situation to the police.

31. Between in or about February 2006 and on or about December 20, 2006, ARMANDO and BONIFACIO drove Minor Female #4 around the area of 8th and Alvarado Streets in Los Angeles to find prostitution customers, and then transported her and her customers to apartments rented by ANGELA, knowing that Minor Female #4 was engaging in acts of prostitution inside the apartments.

32. Between in or about February 2006 and on or about December 20, 2006, ANGELA, ARMANDO, SANCHEZ and BONIFACIO guarded and monitored Minor Female #4 to prevent her escape.

<u>Jane Doe #9</u>

33. In or about late August 2005, ANGELA contacted Jane Doe #9 in Guatemala by telephone, offered Jane Doe #9 a job in the United States selling hamburgers, and told Jane Doe #9 that

she had already paid the smugglers and arranged for them to smuggle Jane Doe #9 into the United States.

34. In or about late September 2005, ANGELA picked up Jane Doe #9 from the smugglers, took her to ANGELA's apartment at 450 South Lafayette, and told her that she needed to work for ANGELA as a prostitute to repay her smuggling debt.

35. From in or about late September 2005 until in or about January 2006, ANGELA escorted Jane Doe #9 to the area of 8th and Alvarado Streets in Los Angeles to find prostitution customers and then escorted her back to ANGELA's residence to engage in acts of prostitution with the customers.

36. From in or about late September 2005 until in or about January 2006, ANGELA housed Jane Doe #9 at ANGELA's residence in Los Angeles and monitored her at all times.

37. From in or about late September 2005 until in or about January 2006, ANGELA instructed Jane Doe #9 to never go out on the street alone because the police would arrest her, imprison her, and deport her.

38. In or about January 2006, ANGELA sold Jane Doe #9 to GLADYS and took Jane Doe #9 to live with and work for GLADYS.

39. From in or about January 2006 until in or about the Fall of 2006, GLADYS forced Jane Doe #9 to work for her as a prostitute by threatening to send someone to kill Jane Doe #9's children in Guatemala, if she escaped without repaying her smuggling debt.

40. In September 2006, CRISTINA guarded Jane Doe #9 to prevent her escape from GLADYS and collected money from the commercial sex acts performed by Jane Doe #9 to give to GLADYS.

Jane Doe #1

41. In or about the Summer of 2004, CRISTINA, recruited Jane Doe #1 to come to the United States from Guatemala to work as a prostitute for GLADYS and made arrangements for Jane Doe #1 to be illegally smuggled into the United States.

42. In or about the Summer of 2004, GLADYS contacted Jane Doe #1 in Guatemala by telephone and told her that if she worked for GLADYS as a prostitute for three months, her smuggling debt would be paid off and she would be free to leave.

43. In or about July 2004, in a parking lot in Los Angeles, GLADYS picked up Jane Doe #1 from the smugglers; GLADYS then transported Jane Doe #1 to GLADYS' residence at 450 South Lafayette in Los Angeles.

44. From in or about July 2004 until on or about November 21, 2006, GLADYS caused Jane Doe #1 to engage in acts of prostitution at apartments rented by GLADYS and collected the money Jane Doe #1 earned from the acts of prostitution.

45. In or about August 2004, GLADYS slapped Jane Doe #1, after learning that Jane Doe #1 possessed the telephone number of a prostitution customer who GLADYS feared would help Jane Doe #1 escape.

46. In or about the Fall of 2004, GLADYS struck Jane Doe #1 with a belt after Jane Doe #1 asked if she had paid off her smuggling debt since she had already worked for GLADYS for three months.

47. From in or about September 2006 until on or about November 21, 2006, CRISTINA guarded Jane Doe #1 to prevent her

escape from GLADYS.

48. From in or about September 2006 until on or about November 21, 2006, CRISTINA collected money from the commercial sex acts performed by Jane Doe #1 to give to GLADYS.

49. From in or about July 2004 until on or about November 21, 2006, GLADYS threatened Jane Doe #1 to force her to work as a prostitute, including threatening that if Jane Doe #1 tried to run away, she and her family in Guatemala would be killed.

Jane Doe #2

50. In or about late December 2005, ANGELA contacted Jane Doe #2 by telephone in Guatemala and promised to help her find work in the United States, made arrangements for smugglers to illegally bring Jane Doe #2 from Guatemala to Los Angeles, and sent money to the smugglers for the trip.

51. In or about January 2006, in a parking lot in Los Angeles, ANGELA, GLADYS, BONIFACIO and ARMANDO picked up Jane Doe #2 from the smugglers who had brought her into the United States; they then drove her to ANGELA's apartment in Los Angeles.

52. In or about January 2006, ANGELA told Jane Doe #2 that she must work as a prostitute to pay off her smuggling debt and that if she did not want to work for ANGELA, then she would have to work for GLADYS as a prostitute, telling her also that GLADYS often hit the females who worked for her. GLADYS was present and confirmed that she beat the females who refused to work for her.

53. From in or about January 2006 until on or about December 20, 2006, ANGELA and ARMANDO threatened Jane Doe #2

that if she tried to escape before paying off her debt, she would be found and beaten, and her father in Guatemala would be killed.

54. From in or about January 2006 until on or about December 20, 2006, BONIFACIO and ARMANDO drove Jane Doe #2 around the area of 8th and Alvarado Streets in Los Angeles to look for prostitution customers and then drove her and her customers to ANGELA's apartment, where BONIFACIO and ARMANDO waited in the car, knowing that Jane Doe #2 was engaging in acts of prostitution inside the apartment.

55. From in or about January 2006 until on or about December 20, 2006, ANGELA, BONIFACIO and ARMANDO guarded Jane Doe #2 to prevent her from escaping.

Jane Doe #3

56. In or about February 2006, GLADYS contacted Jane Doe #3 in Guatemala by telephone and offered her a job working for GLADYS in the United States.

57. In or about February 2006, in a parking lot in Los Angeles, GLADYS picked up Jane Doe #3 from the smugglers, and transported her to GLADYS' residence at 450 South Lafayette in Los Angeles.

58. From in or about February 2006 until on or about April 30, 2006, GLADYS forced Jane Doe #3 to work for her as a prostitute by threatening to kill her mother and daughter in Guatemala if she tried to escape without repaying her smuggling debt.

59. In or about March 2006, in order to intimidate Jane Doe #3, GLADYS forced Jane Doe #3 to watch as GLADYS, MIRIAM

and MARIBEL beat Minor Female #1 as punishment for trying to escape.

Jane Doe #8

60. In or about February 2006, unnamed co-conspirators recruited Jane Doe #8 in Guatemala to work as a babysitter for MARIBEL in the United States.

61. In or about February 2006, GLADYS and MARIBEL picked up Jane Doe #8 from a parking lot in Los Angeles and took custody of her from the smugglers. Later that night, MARIBEL transported Jane Doe #8 to MARIBEL's residence in Los Angeles.

62. In or about March 2006, after Jane Doe #8 had worked as a babysitter for MARIBEL for approximately one month, MARIBEL forced Jane Doe #8 to work as a prostitute by threatening to kill her daughter in Guatemala if she refused.

63. In or about the Summer of 2006, after Jane Doe #8 escaped from MARIBEL, GLADYS, ARMANDO and MARIBEL found her and threatened physical harm to her if she did not agree to go work for GLADYS as a prostitute to repay her smuggling debt.

64. From in or about the Summer of 2006 until in or about October 2006, GLADYS forced Jane Doe #8 to work for her as a prostitute by threatening to physically harm her, if she refused to work or tried to escape.

65. From in or about September 2006 until in or about October 2006, CRISTINA guarded Jane Doe #8 to prevent her escape from GLADYS and collected money from the commercial sex acts performed by Jane Doe #8 to give to GLADYS.

Jane Doe #4

66. In or about April 2006, GLADYS recruited Jane Doe #4

to travel from Guatemala to the United States by telling her that she could work for ANGELA in the United States.

67. In or about early May 2006, GLADYS met Jane Doe #4 in a parking lot in Los Angeles, took custody of her from the smugglers, and transported her to GLADYS' apartment at 310 South Virgil in Los Angeles.

68. In or about early May 2006, GLADYS told Jane Doe #4 that GLADYS had bought her from ANGELA and that Jane Doe #4 would have to work as a prostitute for GLADYS to repay the smuggling fee GLADYS had paid on her behalf.

69. From in or about early May 2006 until on or about November 21, 2006, GLADYS housed Jane Doe #4 at her residence, required Jane Doe #4 to engage in acts of prostitution in apartments rented by GLADYS for that purpose, and collected money from the commercial sex acts performed by Jane Doe #4.

70. From in or about early May 2006 until on or about November 21, 2006, GLADYS threatened Jane Doe #4 that if she tried to run away, she would be beaten, her family in Guatemala would be killed, and a curse would be placed on her.

71. From in or about September 2006 until on or about November 21, 2006, CRISTINA helped GLADYS guard Jane Doe #4 to prevent her escape.

72. From in or about September 2006 until on or about November 21, 2006, CRISTINA collected money from the commercial sex acts performed by Jane Doe #4 and then turned the money over to GLADYS.

<u>Jane Doe #6</u>

73. In or about September 2006, MIRIAM contacted Jane Doe

#6 in Guatemala by telephone and promised her work at a restaurant in the United States.

74. In or about late September 2006, in a parking lot in Los Angeles, MIRIAM picked up Jane Doe #6 from the smugglers, and transported her to the Kingsley residence in Los Angeles.

75. In or about late September 2006, after Jane Doe #6 had spent one night at the Kingsley residence and had objected to working as a prostitute, MIRIAM sent Jane Doe #6 to live with and work as a prostitute for GLADYS because MIRIAM feared Jane Doe #6 would try to escape.

76. From in or about late September 2006 until on or about December 20, 2006, GLADYS harbored Jane Doe #6 at 310 South Virgil in Los Angeles and forced her to engage in acts of prostitution by threatening to have her daughter in Guatemala killed if she escaped.

77. From in or about late September 2006 until on or about December 20, 2006, CRISTINA helped GLADYS guard Jane Doe #6 to prevent her escape.

78. From in or about late September 2006 until on or about December 20, 2006, CRISTINA collected money from the commercial sex acts performed by Jane Doe #6 and then turned the money over to GLADYS.

79. On or about November 21, 2006, while driving around Los Angeles looking for Jane Doe #1 and Jane Doe #4, who she believed had escaped from her that day, GLADYS threatened to kill Jane Doe #6 if she tried to leave.

<u>Jane Doe #7</u>

80. In or about September 2006, ANGELA spoke with Jane

Doe #7 in Guatemala by telephone about working for ANGELA in the United States and arranged for her to be smuggled into the United States.

81. In or about early October 2006, ARMANDO met Jane Doe #7 in a parking lot in Los Angeles, took custody of her from the smugglers, and drove her to ANGELA's apartment in Los Angeles.

82. From in or about early October 2006 until on or about December 20, 2006, ANGELA, SANCHEZ and ARMANDO forced Jane Doe #7 to work as a prostitute to repay the smuggling debt she owed to ANGELA by threatening Jane Doe #7 with harm to her family in Guatemala if she tried to escape.

83. From in or about early October 2006 until on or about December 20, 2006, ARMANDO and BONIFACIO drove Jane Doe #7 around the area of 8th and Alvarado Streets in Los Angeles to solicit prostitution customers and then transported her and her customers to apartments ANGELA had rented, knowing that Jane Doe #7 was engaging in acts of prostitution inside with the customers.

84. From in or about early October 2006 until on or about December 20, 2006, ANGELA, ARMANDO, SANCHEZ and BONIFACIO guarded and monitored Jane Doe #7 to prevent her escape.

COUNTS TWO THROUGH THIRTEEN

[18 U.S.C. § 1591(a)(1)]

On or about the dates identified below as to each count, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants, knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, and obtain the following females, knowing that force, fraud and coercion would be used to cause the females to engage in commercial sex acts:

| COUNT | DEFENDANT(S) | DATE | FEMALE |
|---|---|---|---|
| 2 | GLADYS VASQUEZ VALENZUELA | From July 2004 until November 21, 2006 | Jane Doe #1 |
| 3 | GLADYS VASQUEZ VALENZUELA | From January 2006 until the Fall of 2006 | Jane Doe #9 |
| 4 | GLADYS VASQUEZ VALENZUELA | From February 2006 until April 30, 2006 | Jane Doe #3 |
| 5 | GLADYS VASQUEZ VALENZUELA | From March 2006 until April 30, 2006 | Minor Female #1 |
| 6 | GLADYS VASQUEZ VALENZUELA | From early May 2006 until November 21, 2006 | Jane Doe #4 |
| 7 | GLADYS VASQUEZ VALENZUELA | From the Summer of 2006 until October 2006 | Jane Doe #8 |
| 8 | GLADYS VASQUEZ VALENZUELA | From September 2006 until December 20, 2006 | Jane Doe #6 |
| 9 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam | From December 8, 2005 until April 30, 2006 | Minor Female #1 |
| 10 | MARIA DE LOS ANGELES VICENTE, also known as Angela | From September 2005 until January 2006 | Jane Doe #9 |

| | | | |
|---|---|---|---|
| 11 | MARIA DE LOS ANGELES VICENTE, also known as Angela | From January 2006 until December 20, 2006 | Jane Doe #2 |
| 12 | MARIA DE LOS ANGELES VICENTE, also known as Angela | From early October 2006 until December 20, 2006 | Jane Doe #7 |
| 13 | MARIBEL RODRIGUEZ VASQUEZ | From March 2006 until the Summer of 2006 | Jane Doe #8 |

COUNTS FOURTEEN THROUGH SEVENTEEN

[18 U.S.C. § 1591(a)(1)]

On or about the dates identified below as to each count, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants, knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, and obtain the following females, knowing that force, fraud and coercion would be used to cause the females to engage in commercial sex acts, and knowing that each of the females had not attained the age of 18 years at the time.

It is further alleged that Minor Female #2 had not attained the age of 14 years at the time of the offense charged in Count 15 and Minor Female #4 had not attained the age of 14 years during times relevant to the offense charged in Count 17, specifically until November 23, 2006.

| **COUNT** | **DEFENDANT(S)** | **DATE** | **FEMALE** |
|---|---|---|---|
| 14 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam | From November 2005 until December 7, 2005 | Minor Female #1 |
| 15 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and GABRIEL MENDEZ | From early September 2006 until December 20, 2006 | Minor Female #2 |
| 16 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and GABRIEL MENDEZ | From late September 2006 until December 20, 2006 | Minor Female #3 |
| 17 | MARIA DE LOS ANGELES VICENTE, also known as Angela | From February 2006 until December 20, 2006 | Minor Female #4 |

COUNTS EIGHTEEN THROUGH TWENTY-TWO

[18 U.S.C. §§ 2423(a), 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants caused the following females, who had not at that time attained the age of 18 years, to be transported in foreign commerce, from Guatemala to Los Angeles, California, with the intent that the females would engage in prostitution and other sexual activity for which a person could be charged with a criminal offense:

| COUNT | DEFENDANT(S) | DATE | FEMALE |
|---|---|---|---|
| 18 | GLADYS VASQUEZ VALENZUELA and ALBERTINA VASQUEZ VALENZUELA, also known as Cristina | July 2004 | Jane Doe #1 |
| 19 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam | November 2005 | Minor Female #1 |
| 20 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam | September 2006 | Minor Female #2 |
| 21 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam | September 2006 | Minor Female #3 |
| 22 | MARIA DE LOS ANGELES VICENTE, also known as Angela, and FLOR MORALES SANCHEZ | February 2006 | Minor Female #4 |

COUNTS TWENTY-THREE THROUGH THIRTY-FOUR

[8 U.S.C. § 1328, 18 U.S.C. § 2(a), 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants, aiding and abetting each other and other persons both known and unknown to the Grand Jury, did import and cause to be imported into the United States the following female aliens, for the purpose of prostitution and other immoral purposes, and did keep, maintain, control, support, employ, and harbor, and cause to be kept, maintained, controlled, supported, employed, and harbored, the following female aliens, for the purpose of prostitution and other immoral purposes, in pursuance of such illegal importation:

| COUNT | DEFENDANT(s) | DATE | FEMALE ALIEN |
|---|---|---|---|
| 23 | GLADYS VASQUEZ VALENZUELA and ALBERTINA VASQUEZ VALENZUELA, also known as Cristina | From July 2004 until November 21, 2006 | Jane Doe #1 |
| 24 | GLADYS VASQUEZ VALENZUELA, MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and MARIBEL RODRIGUEZ VASQUEZ | From November 2005 until April 30, 2006 | Minor Female #1 |
| 25 | GLADYS VASQUEZ VALENZUELA and MARIA DE LOS ANGELES VICENTE, also known as Angela | From January 2006 until December 20, 2006 | Jane Doe #2 |
| 26 | GLADYS VASQUEZ VALENZUELA | From February 2006 until April 30, 2006 | Jane Doe #3 |
| 27 | GLADYS VASQUEZ VALENZUELA, ALBERTINA VASQUEZ VALENZUELA, also known as Cristina, and MARIA DE LOS ANGELES VICENTE, aka Angela | From May 2006 until November 21, 2006 | Jane Doe #4 |

| | | | |
|---|---|---|---|
| 28 | GLADYS VASQUEZ VALENZUELA, MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and GABRIEL MENDEZ | From September 2006 until December 20, 2006 | Minor Female #2 |
| 29 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and GABRIEL MENDEZ | From September 2006 until December 20, 2006 | Minor Female #3 |
| 30 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, GLADYS VASQUEZ VALENZUELA, and ALBERTINA VASQUEZ VALENZUELA, also known as Cristina | From September 2006 until December 20, 2006 | Jane Doe #6 |
| 31 | MARIA DE LOS ANGELES VICENTE, aka Angela, and GLADYS VASQUEZ VALENZUELA | From September 2005 until the Fall of 2006 | Jane Doe #9 |
| 32 | MARIA DE LOS ANGELES VICENTE, aka Angela, LUIS ARMANDO VICENTE, aka Armando, FLOR MORALES SANCHEZ, and PABLO BONIFACIO | From February 2006 until December 20, 2006 | Minor Female #4 |
| 33 | MARIA DE LOS ANGELES VICENTE, aka Angela, LUIS ARMANDO VICENTE, aka Armando, FLOR MORALES SANCHEZ, and PABLO BONIFACIO | From September 2006 until December 20, 2006 | Jane Doe #7 |
| 34 | GLADYS VASQUEZ VALENZUELA and MARIBEL RODRIGUEZ VALENZUELA | From February 2006 until October 2006 | Jane Doe #8 |

COUNTS THIRTY-FIVE THROUGH FORTY-SEVEN

[8 U.S.C. §§ 1324(a)(1)(A)(iii),(a)(1)(B)(i); 18 U.S.C. § 2(b)]

On or about the following dates at the following addresses in Los Angeles County, within the Central District of California, the following defendants, knowing and in reckless disregard of the fact that the following female aliens had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield those female aliens from detection, for the purpose of commercial advantage and private financial gain:

| COUNT | DEFENDANT(S) | DATE | LOCATION | ALIEN |
|---|---|---|---|---|
| 35 | GLADYS VASQUEZ VALENZUELA | From February 2006 until April 30, 2006 | 450 South Lafayette Park Place and 310 South Virgil, Apt. 305 | Jane Doe #3 |
| 36 | GLADYS VASQUEZ VALENZUELA | From January 2006 until the Fall of 2006 | 450 South Lafayette Park Place and 310 South Virgil, Apt. 305 | Jane Doe #9 |
| 37 | GLADYS VASQUEZ VALENZUELA | From July 2004 until November 21, 2006 | 450 South Lafayette Park Place and 310 South Virgil, Apt. 305 | Jane Doe #1 |
| 38 | GLADYS VASQUEZ VALENZUELA | From May 2006 until November 21, 2006 | 310 South Virgil, Apt. 305 | Jane Doe #4 |
| 39 | GLADYS VASQUEZ VALENZUELA | From September 2006 until December 20, 2006 | 310 South Virgil, Apt. 305 | Jane Doe #6 |

| | | | | |
|---|---|---|---|---|
| 40 | GLADYS VASQUEZ VALENZUELA | From the Summer of 2006 until October 2006 | 310 South Virgil, Apt. 305 | Jane Doe #8 |
| 41 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam | From November 2005 until April 30, 2006 | 450 South Lafayette Park Place | Minor Female #1 |
| 42 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and GABRIEL MENDEZ | From September 2006 until December 20, 2006 | 1132 South Kingsley | Minor Female #2 |
| 43 | MIRNA JEANNETH VASQUEZ VALENZUELA, also known as Miriam, and GABRIEL MENDEZ | From September 2006 until December 20, 2006 | 1132 South Kingsley | Minor Female #3 |
| 44 | MARIA DE LOS ANGELES VICENTE, aka Angela | From September 2005 until January 2006 | 450 South Lafayette Park Place and 3100 3rd Street | Jane Doe #9 |
| 45 | MARIA DE LOS ANGELES VICENTE, aka Angela | From January 2006 until December 20, 2006 | 312 Commonwealth and 165 North Hoover | Jane Doe #2 |
| 46 | MARIA DE LOS ANGELES VICENTE, aka Angela | From February 2006 until December 20, 2006 | 312 Commonwealth and 165 North Hoover | Minor Female #4 |
| 47 | MARIA DE LOS ANGELES VICENTE, aka Angela | From October 2006 until December 20, 2006 | 312 Commonwealth and 165 North Hoover | Jane Doe #7 |

COUNTS FORTY-EIGHT THROUGH FIFTY

[8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(B)(i)]

On or about the dates identified below as to each count, in Los Angeles County, within the Central District of California, defendants MARIA DE LOS ANGELES VICENTE, also known as ("aka") Angela, LUIS VICENTE VASQUEZ, aka Armando, FLOR MORALES SANCHEZ, and PABLO BONIFACIO, knowing and in reckless disregard of the fact that the following female aliens had come to, entered, and remained in the United States in violation of law, knowingly transported and moved those aliens within the United States, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain; specifically, defendants transported the female aliens to locations in and around Los Angeles County for the purpose of

/ /

/ /

engaging in acts of prostitution:

| COUNT | DATE | ALIEN |
| --- | --- | --- |
| 48 | From in or about January 2006 until on or about December 20, 2006 | Jane Doe #2 |
| 49 | From in or about February 2006 until on or about December 20, 2006 | Minor Female #4 |
| 50 | From in or about October 2006 until on or about December 20, 2006 | Jane Doe #7 |

A TRUE BILL

/S/
Foreperson

GEORGE S. CARDONA
United States Attorney

David S. Goodman, Deputy Chief, Criminal Division, FOR:

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

CAROLINE C. WITTCOFF
Assistant United States Attorney
Public Integrity and Environmental Crimes Section

WAN J. KIM
Assistant Attorney General
Civil Rights Division, Department of Justice

CYRA O'DANIEL
Trial Attorney
Civil Rights Division, Criminal Section