## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-00011(B)-MMM | Date | August 22, 2008 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Spanish Interpreter | Rossy Franklin |

| ANEL HUERTA | KATHRYN STRIDE | CHERYL MURPHY |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6.  Pablo Bonifacio-Garcia | ✔ | ✔ | | 6.  Brian Newman | ✔ | ✔ | |

**Proceedings:**     SENTENCING

Refer to Judgment and Probation/Commitment Order; and see below.

It is ordered that the defendant shall pay to the United States a special assessment of $200, which is due immediately.

All fines are waived as it is found that the defendant does not have the ability to pay a fine.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Pablo Bonifacio-Garcia, is hereby committed on Counts One and Fifty of the Second Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 33 months.

This term consists of 33 months on each of Counts One and Fifty of the Second Superseding Indictment, to be served concurrently.

Pursuant to Title 18 U.S.C. §3664, determination of restitution is deferred.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years.  This term consists of three years on each of Counts One and Fifty, all such terms to run concurrently, under the following terms and conditions:

1.      The defendant shall comply with the rules and regulations of the
        U. S. Probation Office and General Order 318;

2.      The defendant shall not commit any violation of local, state or federal law or ordinance.

3.      The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

4.      The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer.  The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision;

5.      During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;

6.      As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672.  The defendant shall provide payment and proof of payment as directed by the Probation Officer;

7.      The defendant shall comply with the immigration rules and regulations of the United States, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally.  The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at:  United States Court House, 312 North Spring Street, Room 600,   Los Angeles, California  90012; and

8.      The defendant shall cooperate in the collection of a DNA sample from the defendant.

On the Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

Defendant informed of right to appeal.